# MEMORANDUM DECISIONS

Ex parte SEWALL. (Court of Criminal Appeals of Texas. Jan. 8, 1913.) Appeal from District Court, San Jacinto County; L. B. Hightower, Judge. Earnest Sewall was charged with crime, and resorts to a writ of habeas corpus to obtain bail. From a judgment remanding him without bail, he appeals. Reversed. C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Relator resorted to a writ of habeas corpus for the purpose of obtaining bail. Upon a hearing the district judge remanded him without bail. After a review of the evidence, we are of opinion the court was in error, and the case is bailable, for which reason the judgment is reversed, and bail is granted in the sum of $5,000, upon the giving of which in the terms of the law the officer having him in charge will release him from custody.

---

WALKER v. STATE. (Court of Criminal Appeals of Texas. Jan. 8, 1913.) Appeal from Dallas County Court at Law; W. F. Whitehurst, Judge. John Walker was convicted of unlawfully carrying a pistol, and he appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, J. The appellant was convicted of unlawfully carrying a pistol, and fined $100. There is no statement of facts. In the absence of this, no question is raised which we can pass upon. The judgment is therefore affirmed.

---

WOODS v. STATE. (Court of Criminal Appeals of Texas. Jan. 8, 1913.) Appeal from District Court, Harris County; C. W. Robinson, Judge. Steve Woods was convicted of assault with intent to murder, and he appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of assault with intent to murder; his punishment being assessed at 12 years' confinement in the penitentiary. The record is before us without a statement of facts or bills of exception. The matters set out in the motion for new trial are not verified in any way, so as to be considered, except that which relates to the sufficiency of the evidence; and, the facts not being before us, we cannot consider this. The judgment is affirmed.

---

BRAMBLE et al. v. SCHOOL DIST. OF TEXARKANA et al. (Supreme Court of Arkansas. Oct. 23, 1912.) Appeal from Miller Chancery Court; James D. Shaver, Chancellor.

PER CURIAM. Appeal dismissed for noncompliance with rule 9.

---

CARRINGTON v. THOMASON. (Supreme Court of Arkansas. Oct. 2, 1911.) Appeal from Hempstead Chancery Court; James D. Shaver, Chancellor.

PER CURIAM. Appeal dismissed.